UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROUGHTON AND JANET BROUGHTON,<br><br>   Plaintiffs,<br><br>  vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS; and DOES 1-10,<br><br>   Defendants. | Case No.:  13-cv-02346-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the representation of Plaintiffs, that the above-captioned case has settled.  (Dkt. No. 18.)  Accordingly, all pending motion, case management and trial dates are **VACATED**.  A compliance hearing shall be held on Friday, December 20, 2013 on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 21, 2013

            _[signature]_
            **YVONNE GONZALEZ ROGERS**
            **UNITED STATES DISTRICT COURT JUDGE**